# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**DUSTIN KAMPERT**, individually
and on behalf of others similarly situated,

        Plaintiff,

  v.

**RAYMOND JAMES FINANCIAL, Inc.**,

        Defendant.
_____

No. 6:17-cv-01036-JR

**JUDGMENT**

**MCSHANE, Judge**:

    Based on the record, the Defendant's Motion to Dismiss is denied and this action is transferred to the Middle District of Florida.

    DATED this 3rd day of May, 2018.

                    /s/ Michael McShane_____
                    Michael J. McShane
                    United States District Judge

JUDGMENT